# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

### BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD.;
WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY
TECHNOLOGY CO., LTD.; TIANMA MICROELECTRONICS CO. LTD.; AND
VISIONOX TECHNOLOGY, INC.
Petitioner,

v.

SAMSUNG DISPLAY CO., LTD.
Patent Owner.

---

Case No. IPR2023-00987
U.S. Patent No. 9,818,803

---

### PETITIONER'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1295(a)(4)(A), 35 U.S.C. §§ 141(c), 142, and 319, and 37 C.F.R. §§ 90.2(a), 90.3, and Federal Circuit Rule 15(a)(1), Mianyang BOE Optoelectronics Technology Co., Ltd., Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd., Tianma Microelectronics Co. Ltd., and Visionox Technology, Inc. ("Petitioner") provides notice that it appeals to the United States Court of Appeals for the Federal Circuit from the Final Written Decision of the Patent Trial and Appeal Board ("Board") entered January 6, 2025 (Paper 46), and from all underlying and related orders, decisions, rulings, institutions, and opinions regarding U.S. Patent No. 9,818,803 ("the '803 patent") at issue in *Inter Partes* Review No. IPR2023-00987. This notice of appeal is timely filed because it is filed within 63 days of the January 6, 2025 Final Written Decision.

In accordance with 37 C.F.R. § 90.2(a)(3)(ii), the expected issues on appeal include, but are not limited to: the Board's determination that Petitioner did not establish that claim 5 of the '803 patent is unpatentable and all other issues decided adversely to Petitioner in any orders, decisions, rulings, or opinions in this proceeding.

Pursuant to 35 U.S.C. § 142 and 37 C.F.R. § 90.2(a), a copy of this Notice is being filed with the Director of the United States Patent and Trademark Office and with the Patent Trial and Appeal Board. In addition, a copy of this Notice and the

required docketing fees are being filed with the Clerk's Office for the United States Court of Appeals for the Federal Circuit via CM/ECF.

| | |
|---|---|
| Dated: March 10, 2025 | Respectfully submitted, |

*/s/ K. Patrick Herman*
K. Patrick Herman, Reg. No. 75,018
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3596
Email: P52PTABDocket@orrick.com

*Counsel for Petitioner*

# CERTIFICATE OF SERVICE AND FILING

I hereby certify that on March 10, 2025, in addition to being filed and served electronically through the Patent Trial and Appeal Board's P-TACTS System, this NOTICE OF APPEAL was filed with the Director of the United States Patent and Trademark Office via Priority Mail Express at the following address:

> Director of the United States Patent and Trademark Office
> c/o Office of the General Counsel
> United States Patent and Trademark Office
> P.O. Box 1450
> Alexandria, VA 22313-1450

I also hereby certify that on March 10, 2025, this NOTICE OF APPEAL and the requisite docketing fees were filed with the Clerk's Office of the United States Court of Appeals for the Federal Circuit via CM/ECF.

I also hereby certify that on March 10, 2025, this NOTICE OF APPEAL was served via electronic mail to the following counsel at the addresses designated for service by Petitioner:

> David A. Garr
> Scott C. Weidenfeller
> Jeffrey H. Lerner
> Daniel W. Cho
> Matthew Kudzin
> Kee Young Lee
> COVINGTON & BURLING LLP
> One CityCenter, 850 Tenth Street NW
> Washington, D.C. 20001
> dgarr@cov.com
> sweidenfeller@cov.com
> jlerner@cov.com

DWCho@cov.com
mkudzin@cov.com
KYLee@cov.com
SDC-BOE-IPR@cov.com

Respectfully submitted,

*/s/ K. Patrick Herman*
K. Patrick Herman, Reg. No. 75,018
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 1019
Telephone: (212) 506-3596
P52PTABDocket@orrick.com

*Counsel for Petitioner*