NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD., WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD., TIANMA MICROELECTRONICS CO. LTD., VISIONOX TECHNOLOGY, INC.,**
*Appellants*

v.

**SAMSUNG DISPLAY CO., LTD.,**
*Cross-Appellant*

---

2025-1517, 2025-1518, 2025-1519, 2025-1520, 2025-1521

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00987, IPR2023-00988, IPR2023-01075.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for all of the appeals. The revised official

2    MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD. v.
SAMSUNG DISPLAY CO., LTD.

caption is reflected in this Order. The Certified Lists are due no later than April 21, 2025.

FOR THE COURT

March 27, 2025
Date

Jarrett B. Perlow
Clerk of Court