Nos. 25-1517, -1518, -1519, -1520, -1521

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD.; WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.; TIANMA MICROELECTRONICS CO. LTD.; VISIONOX TECHNOLOGY, INC.,

    Appellants,

    v.

SAMSUNG DISPLAY CO., LTD.,

    Cross-Appellant.

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellants Mianyang BOE Optoelectronics Technology Co., Ltd., Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd., Tianma Microelectronics Co. Ltd., and Visionox Technology, Inc., respectfully request an extension of 30 days to file their opening brief, to and including July 21, 2025. This is

Appellants' first request for an extension of time in this matter. Appellants' request is unopposed.

In support of this motion, Appellants state the following:

**1.** Appellants' opening brief is currently due June 20, 2025. A 30-day extension would cause Appellants' opening brief to be due July 21, 2025.

**2.** This motion is being filed at least seven calendar days before the original due date for the brief. *See* Fed. Cir. R. 26(b)(1).

**3.** This extension is made necessary by the press of other matters. Among ongoing obligations in multiple matters, counsel have a petition for rehearing en banc in *Siples v. Collins*, No. 22-1528 (Fed. Cir.), due May 8, 2025; an opening brief in *Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd.*, No. 25-1426 (Fed. Cir.), due May 19, 2025; a response brief in *Frazier v. Collins*, No. 25-1068 (Fed. Cir.), due May 21, 2025; an opening brief in *Robert Bosch LLC v. Westport Fuel Systems Canada Inc.*, Nos. 25-1455, -1456 (Fed. Cir.), due May 30, 2025; a response brief in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-2304 (Fed. Cir.), due May 30, 2025; and a response brief in *Netlist, Inc. v. Samsung Electronics Co.,*

*Ltd.*, Nos. 25-1286, -1296 (Fed. Cir.), due June 16, 2025. Undersigned counsel is also lead appellate counsel to defendants in *Bayer Cropscience LP v. Corteva, Inc.*, No. N22C-07-168 (Del. Sup. Ct.), and will have obligations in connection with the bench trial scheduled to take place June 2 to 6, 2025.

**4.** This is Appellants' first request for an extension of the deadline to file their opening brief.

**5.** Counsel for Cross-Appellant have indicated that they do not oppose Appellants' request.

**6.** For the foregoing reasons, Appellants respectfully request that the Court grant their unopposed motion for a 30-day extension to file their opening brief, to and including July 21, 2025.

Date: April 25, 2025

Respectfully submitted,

*/s/ Melanie L. Bostwick*

Travis Jensen
Bas de Blank
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Xiang Wang
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
Number 1 Jianguomenwai Avenue
5701 China World Tower A
Beijing, Beijing 100004
People's Republic of China

Melanie L. Bostwick
Jonas Q. Wang
Harmann P. Singh
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 339-8400

Richard Martinelli
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*Counsel for Appellants*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 25-1517, -1518, -1519, -1520, -1521

**Short Case Caption** Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd.

**Filing Party/Entity** Mianyang BOE Optoelectronics Technology Co., Ltd.; Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd.; Tianma Microelectronics Co., Ltd.; Visionox Technology, Inc.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/25/2025          Signature: /s/ Melanie L. Bostwick

                          Name: Melanie L. Bostwick

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Mianyang BOE Optoelectronics Technology Co., Ltd. | | |
| Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd. | | |
| Tianma Microelectronics Co., Ltd. | | |
| Visionox Technology, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable     ☐  Additional pages attached

| Donald Daybell | | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable     ☐  Additional pages attached

| | | |
|---|---|---|
| | | |

# DECLARATION

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 26(b)(3), I declare under penalty of perjury that the statements in the foregoing Motion are true and correct.

Executed on April 25, 2025
in Washington, DC

Respectfully submitted,

*/s/ Melanie L. Bostwick*
Melanie L. Bostwick
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
2100 Pennsylvania Avenue, NW
Washington, DC  20037
(202) 339-8400

*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).  The motion is printed in Century Schoolbook 14-point font, and it contains 367 words, excluding the items listed in Federal Rule of Appellate Procedure 27(a)(2)(B).

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Melanie L. Bostwick*
Melanie L. Bostwick
*Counsel for Appellants*
